ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- | ) |
| | ) |
| Imperatis Corp. f/k/a Jorge Scientific Corporation | ) ASBCA No. 60521 |
| | ) |
| Under Contract Nos. W911QX-07-D-0012 | ) |
| W911QX-12-C-0011 | ) |

APPEARANCES FOR THE APPELLANT:        Paul A. Debolt, Esq.
                                      Meredith L. Boylan, Esq.
                                        Venable LLP
                                        Washington, DC

                                      James Y. Boland, Esq.
                                        Venable LLP
                                        Tysons Corner, VA

APPEARANCES FOR THE GOVERNMENT:       E. Michael Chiaparas, Esq.
                                        DCMA Chief Trial Attorney
                                      Robert L. Duecaster, Esq.
                                        Trial Attorney
                                        Defense Contract Management Agency
                                        Chantilly, VA

ORDER OF DISMISSAL

The appeal has been withdrawn. Accordingly, it is dismissed from the Board's docket with prejudice.

Dated: 27 July 2017

RICHARD SHACKLEFORD
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60521, Appeal of Imperatis Corp. f/k/a Jorge Scientific Corporation, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals